Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roger O'Donnell, Wm. J. Peters,* and *Lambert O'Donnell* for petitioner. *Solicitor General Biggs* for the United States.

No. 349. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* AMERICAN CHICLE CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. William C. Breed* and *Paul L. Peyton* for respondent.

No. 225. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* FALK ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs, Miss Helen R. Carloss,* and *Messrs. Sewall Key* and *Erwin N. Griswold* for petitioner. *Messrs. Charles F. Fawsett* and *R. S. Doyle* for respondents.

Nos. 227 and 228. REYNOLDS *v.* COOPER; and No. 229. SAME *v.* COOPER ET AL. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. N. E. Corthell* and *A. W. McCollough* for respondents.

No. 394. FUNK *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question as to what law is applicable to the determination